# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ARNISHA SHEPHERD, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs<br><br>  v.<br><br>ANTHEM INSURANCE COMPANIES, INC.<br><br>      Defendant. | Case No. 1:23-cv-00693-TWP-MG |

**AND**

| | |
|---|---|
| SHONTAY MARSHALL, individually an on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ELEVANCE HEALTH, INC.,<br><br>      Defendant. | Case No. 1:23-cv-01326-RLY-MG |

## ORDER GRANTING MOTION TO CONSOLIDATE CASES

Defendants, Anthem Insurance Companies, Inc. and Elevance Health, Inc., by counsel, having filed their Motion to Consolidate *Shontay Marshall, individually and on behalf of all others similarly situated v. Elevance Health, Inc.*, currently pending under Cause No. 1:23-cv-01326-RLY-MG with the instant action, and the Court having reviewed the same and being duly advised in the premises, hereby grants the Anthem Insurance Companies, Inc.'s Motion. It is, therefore, ORDERED that *Shontay Marshall, individually and on behalf of all others similarly situated v. Elevance Health, Inc.*, currently pending under Cause No. 1:23-cv-01326-RLY-MG, be consolidated with the instant action for all purposes. The Clerk is DIRECTED to consolidate Cause

No. 1:23-cv-01326-RLY-MG into and under Cause No. 1:23-cv-00693-TWP-MG and close Cause No.1:23-cv-01326-RLY-MG. The Clerk is FURTHER ORDERED to docket this entry in the consolidated actions prior to the closure. No final judgment will be issued in the consolidated action.

Future pleadings should be modified accordingly to reflect the consolidation and filed only in Cause No. 1:23-cv-00693-TWP-MG. Any motions pending in 1:23-cv-1326-RLY-MG that require a ruling, should be refiled in 1:23-cv-00693-TWP-MG along with any subsequent briefing within seven days of this order.

Date: 12/11/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF